NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1101, -1102, -1118

ADVANCED MAGNETIC CLOSURES, INC.,

Plaintif-Appellant,

and

DAVID JAROSLAWICZ
and JAROSLAWICZ & JAROS, LLC,

Movants-Appellants,

and

ABELMAN, FRAYNE & SCHWAB,

Movant-Appellant,

v.

ROME FASTENER CORPORATION, ROME FASTENER SALES CORPORATION,
ROMAG FASTENERS, INC., and RINGS WIRE, INC.,

Defendants-Appellees.

Appeals from the United States District Court for the Southern District of New York in
case no. 98-CV-7766, Judge Paul A. Crotty.

ON MOTION

O R D E R

The appellants move without opposition for a 30-day extension of time, until March 25, 2009, to file their brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 1 8 2009**
_____
Date

cc:     Michael Robert Koblenz, Esq.
        Michael F. Sarney, Esq.
        Michael J. Allan, Esq.
        Norman H. Zivin, Esq.

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 1 8 2009

JAN HORBALY
CLERK

s20